

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00266-CV

| | | |
|---|---|---|
| ZACHARY D. LEONARD, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CV2021-0581) |
| V. | § | November 2, 2023 |
| CITY OF BURKBURNETT, TEXAS, LAWRENCE CUTRONE; EDDIE STAHR; MICHAEL GUEVARA; AND FRED TILLMAN, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment dismissing the following claims: (1) that Appellees violated Appellant Zachary D. Leonard's rights to free speech and assembly by wrongfully terminating his employment because of his support of civil-service implementation at the City of Burkburnett Police Department and his involvement with the Burkburnett

Police Association and (2) that Appellee Lawrence Cutrone failed to comply with Section 614.023(c) of the Government Code before terminating Leonard's employment. We also reverse the judgment on the following claims, solely for the trial court to allow Leonard an opportunity to replead them: the equal-protection and due-course-of-law claims and the claim that Leonard is entitled to additional rights pursuant to the "formal appeal procedure" delineated in the City's Personnel Handbook. But we affirm the remainder of the trial court's judgment. We remand this case to the trial court for further proceedings consistent with this opinion and judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack